**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| STEPHAN R BYRD,<br>Petitioner,<br>v.<br>WARDEN LEPE et al.,<br>Respondents. | Case No. 5:26-cv-03312-MWF-DFM<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation were filed by the deadline. The Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation of the United States Magistrate Judge is APPROVED and ACCEPTED.

2. The Petition for Writ of Habeas Corpus (Dkt. 1) is DISMISSED WITHOUT PREJUDICE.

Date: October 23, 2026

MICHAEL W. FITZGERALD
United States District Judge