JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| STEPHAN R BYRD,<br><br>Petitioner,<br><br>v.<br><br>WARDEN LEPE et al.,<br><br>Respondents. | Case No. 5:26-cv-03312-MWF-DFM<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

It is hereby ORDERED, ADJUDGED, AND DECREED that this action and the Petition for Writ of Habeas Corpus are DISMISSED WITHOUT PREJUDICE.

Date: October 23, 2026

MICHAEL W. FITZGERALD
United States District Judge